FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 04, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRANDI V., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | NO. 2:19-CV-00091-SAB <br><br> **ORDER GRANTING STIPULATED MOTION FOR REMAND** |

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 17. The motion was heard without oral argument. The parties stipulate that the above-captioned case be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The parties further agree that reasonable attorney fees should be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Remand, ECF No. 17, is **GRANTED**.

2. The decision denying benefits is **REVERSED** and **REMANDED** for further administrative proceedings. On remand, the Administrative Law Judge ("ALJ") shall further develop the record, update the medical records, and issue a new decision. The ALJ shall also:

**ORDER GRANTING STIPULATED MOTION FOR REMAND** \* 1

- Further evaluate the claimant's obesity;
- Reassess the residual functional capacity in light of all evidence;
- Obtain additional vocational evidence with questions as to any possible conflict between possible occupations and the DOT; and
- Issue a new decision.

3. This remand is made pursuant to 42 U.S.C. § 405(g).

4. Plaintiff's Motion for Summary Judgment, ECF No. 11, is **DISMISSED as moot**.

5. Defendant's Motion for Summary Judgment, ECF No. 12, is **DISMISSED as moot**.

6. Upon proper presentation, this Court shall consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

7. The District Court Executive is directed to enter judgment in favor of Plaintiff and against Defendant.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, enter judgment, and close this file.

**DATED** this 4th day of November 2019.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR REMAND** \* 2