# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

BRANDI V.,

_____
*Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY,

_____
*Defendant*

)
)
)
)
)
)
)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 04, 2019**

SEAN F. McAVOY, CLERK

Civil Action No.   2:19-CV-00091-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   The parties' Stipulated Motion for Remand (ECF No. 17) is GRANTED.
The decision denying benefits is REVERSED and REMANDED for further administrative proceedings.
Plaintiff's Motion for Summary Judgment (ECF No. 11) is DISMISSED as moot.
Defendant's Motion for Summary Judgment (ECF No. 12) is DISMISSED as moot.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   Stanley A. Bastian _____ on a motion for
Remand (ECF No. 17).

Date:  11/04/2019 _____

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Allison Yates
_____
*(By) Deputy Clerk*

Allison Yates
_____